No. 748. Norwood et al. *v.* Bennett, Attorney General, et al.

Jurisdictional statement submitted April 20, 1931. Decided May 4, 1931. *Per Curiam:* Decree affirmed. *Lehon* v. *Atlanta*, 242 U. S. 53, 55, 56; *Gundling* v. *Chicago*, 177 U. S. 183, 186; *Brazee* v. *Michigan*, 241 U. S. 340; *Hall* v. *Geiger-Jones Co.*, 242 U. S. 539. *Mr. Sidney S. Bobbe* for appellants. No appearance for appellees.

No. 698. Liberty Central Trust Co. et al., Trustees, *v.* Greenbrier College et al.

Argued April 27, 1931. Decided May 4, 1931. *Per Curiam:* Decree affirmed. *Dohany* v. *Rogers*, 281 U. S. 362, 366; *Bragg* v. *Weaver*, 251 U. S. 57, 62; *Sweet* v. *Rechel*, 159 U. S. 380, 402; *Backus* v. *Fort Street Union Depot Co.*, 169 U. S. 557, 568. *Messrs. J. S. Mc-Whorter*, *S. M. Austin*, and *W. Chapman Revercomb* submitted for appellants. *Mr. W. Elliott Nefflen*, Assistant Attorney General of West Virginia, with whom *Messrs. Howard B. Lee*, Attorney General, and *R. A. Blessing*, Assistant Attorney General, were on the brief, for appellees.